UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


NICHOLAS J. AECK,                                    Case No.12-14046

            Plaintiff,                               Honorable Nancy G. Edmunds

v.

GEORGE R. LEONARD,

            Defendant.

_____/


**<u>JUDGMENT</u>**

    The Court has reviewed the pleadings and is fully informed in the premises.  For the

reasons stated in this Court's companion order granting Defendant's motion for summary

judgment, the Court finds that there are no claims left in this case.  The Court therefore

DISMISSES this case.

    So ordered.

                                s/Nancy G. Edmunds_____
                                Nancy G. Edmunds
                                United States District Judge


Dated:  July 18, 2013

I